**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Fuel 2 Go, LLC and D & R USA Enterprise, Inc. v. Mesa Fortune, Inc., d/b/a Mesa Food Mart & SCF RC Funding IV, LLC

Appellate case number:    01-21-00546-CV

Trial court case number:    2021-51843

Trial court:          270th District Court of Harris County

This is an accelerated appeal from an order signed on October 1, 2021 denying appellants' request for a temporary injunction. The clerk's record in this case was filed on October 27, 2021 and the reporter's record was filed on October 29, 2021. Appellants' brief was due on November 22, 2021. Both appellants filed motions for extension of time to file appellants' brief and this Court granted these motions until December 22, 2021. Appellant Fuel 2 Go, LLC filed its brief on December 22, 2021.

On December 20, 2021, counsel for appellant D & R USA Enterprise, Inc. filed a motion to withdraw. The Court granted this motion by order on December 30, 2021, noting that this withdrawal would leave D & R without counsel and that a corporation may not appeal in an appellate court without counsel. On February 23, 2022, counsel Azhar M. Chaudhary, who had already appeared as counsel for Fuel 2 Go, filed a motion for extension of time to file a brief on behalf of D & R. The Court issued an order on June 2, 2022, seeking clarification and requesting a notice of appearance from counsel for D & R and a docketing statement to assist the Court in determining the parties involved in the appeal.

On June 9, 2022, Azhar M. Chaudhary filed a notice of appearance on behalf of D & R and a docketing statement.

We **grant** the motion for extension filed by D & R and appellant D & R's brief is due **within 20 days of the date of this order**. No further extensions will be granted absent a showing of extraordinary circumstances.

It is so ORDERED.


Judge's signature: ____/s/ Richard Hightower_____
                     ☑ Acting individually    ☐ Acting for the Court


Date: ___June 16, 2022_____